# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SHEILA CROSBY, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>ONETOUCHPOINT CORP.,<br><br>                      Defendant. | Case No. 2:22-cv-00882-BHL<br><br>Judge Brett H. Ludwig |

## STIPULATION TO DISMISS WITHOUT PREJUDICE

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiffs' individual and class claims without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: November 19, 2025

*/s/ Samuel J. Strauss*
Samuel J. Strauss
Raina C. Borrelli (*pro hac vice*)
**STAUSS BORRELLI PLLC**
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

*Counsel for Plaintiffs and the Proposed Class*

Gary M. Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
gklinger@milberg.com
Gary F. Lynch

Dated: November 19, 2025

*/s/ Jordan O'Donnell*
Jordan O'Donnell
**MULLEN COUGHLIN**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (267) 930-4106
Email: jsodonnell@mullen.law

*Counsel for Defendant*

**LYNCH CARPENTER, LLP**
1133 Penn Avenue, Floor 5
Pittsburgh, PA 15222
Tel: (412) 322-9243
Email: gary@lcllp.com

*Interim Co-Lead Counsel*

# CERTIFICATE OF SERVICE

I, Samuel J. Strauss, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 19th day of November, 2025.

                                  STRAUSS BORRELLI PLLC

                                  By: */s/ Samuel J. Strauss*
                                          Samuel J. Strauss
                                          sam@straussborrelli.com
                                          STRAUSS BORRELLI PLLC
                                          One Magnificent Mile
                                          980 N. Michigan Ave., Suite 1610
                                          Chicago, IL 60611
                                          Telephone: (872) 263-1100
                                          Facsimile: (872) 263-1109